## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## WESTERN DISTRICT OF TENNESSEE

**CEDRIC JONES**

       **Plaintiff,**                         Case No.: 2:19-CV-2510-MSN-dkv

**v.**

**EAGLE DISTRIBUTING**
**OF MEMPHIS, LLC**

       **Defendant.**

## NOTICE OF SETTLEMENT

Pursuant to local rule 83.13(a), notice is hereby given to this Honorable Court that a settlement has been reached in this matter.

                                                        Respectfully submitted,

                                                        /s/ *Christopher M. Williams*
                                                        J. Mark Griffee (#7220)
                                                        Christopher M. Williams (#36256)
                                                        Black McLaren Jones Ryland & Griffee PC
                                                        530 Oak Court Drive, Suite 360
                                                        Memphis, TN  38117
                                                        (901) 762-0535 (Office)
                                                        (901) 762-0539 (Fax)
                                                        mgriffee@blackmclaw.com
                                                        cwilliams@blackmclaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of November, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Alan G. Crone**
**Philip Oliphant**
**The Crone Law Firm, PLC**
**88 Union Avenue**
**14th Floor**
**Memphis, TN  38103**
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com

*Counsel for Plaintiff*

                                                    /s/*Christopher M. Williams*